UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRANELL HARRIS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 8:22-cv-707-SDM-CPT

HUMANA, INC.,

    Defendant.
_____/

### ORDER

    The defendant announces (Doc. 12) a settlement of this action. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.

    ORDERED in Tampa, Florida, on August 1, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE